**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jesus Ricardo Ozuna-Valencia,
Petitioner,
v.
Kristi Noem, et al.,
Respondents.

No. CV-25-04965-PHX-SMB (DMF)

**ORDER**

Petitioner filed this action under § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to respond to the Petition. (Docs. 6, 11.) On September 29, 2026, Respondents filed a Supplemental Response indicating Petitioner was removed from the United States on March 21, 2026. (Doc. 12.) Because Petitioner is no longer in custody, the Petition is moot. *Abdala v. INS*, 488 F.3d 1061, 1064 (9th Cir. 2007). The Court will therefore dismiss this action as moot.

**IT IS THEREFORE ORDERED** Petitioner's Petition under 28 U.S.C. § 2241 (Doc. 1) and this case are dismissed as moot.

**IT IS FURTHER ORDERED** all pending motions are denied and the Clerk of Court must enter judgment accordingly and close this case.

Dated this 14th day of October, 2026.

Honorable Susan M. Brnovich
United States District Judge