**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Jesus Ricardo Ozuna-Valencia,

Petitioner,

v.

Kristi Noem, et al.,

Respondents.

**NO. CV-25-04965-PHX-SMB (DMF)**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed October 14, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 and this action are hereby dismissed as moot.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 14, 2026

By s/ K. James
Deputy Clerk